**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMILIANO ARGUETA ALANIS, | No. 08-70370 |
| Petitioner, | Agency No. A092-183-416 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Department of Homeland Security

Submitted March 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Emiliano Argueta Alanis, a native and citizen of Mexico, petitions for

review of the Department of Homeland Security's ("DHS") summary removal

order.  We dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Because the DHS cancelled Alanis' removal order on May 20, 2009, there is no longer a final order of removal for this court to review. *See generally Lopez-Ruiz v. Ashcroft*, 298 F.3d 886, 887 (9th Cir. 2002) (order). We therefore lack jurisdiction over this petition for review. *See* 8 U.S.C. § 1252(a)(1); *see also Alcala v. Holder*, 563 F.3d 1009, 1016 (9th Cir. 2009) ("[W]here there is no final order of removal, this court lacks jurisdiction even where a constitutional claim or question of law is raised.").

**PETITION FOR REVIEW DISMISSED.**